IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARIO JIMINEZ,                 )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )         2:15cv594-MHT
                               )              (WO)
CORIZON LLC, et al.,           )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that the defendants acted with deliberate indifference in providing dental care for a tooth with a broken filling, conspired to violate his constitutional rights, and retaliated against him for filing a grievance and a grievance appeal and for complaining to a family member about not receiving appropriate care for the tooth.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to

prosecute and failure to comply with the orders of this court.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of February, 2016.

                                     /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**