IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIO JIMINEZ, #244571, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-594-MHT |
| | ) | |
| CORIZON, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion requesting refund of unauthorized deduction of the filing fee filed by the plaintiff on May 2, 2016 (Doc. No. 36), in which the plaintiff asserts he did not authorize correctional officials to withhold funds from his account for payment of the filing fee nor did he receive a hearing on this matter or waive such hearing, it is

ORDERED that:

1. On or before May 13, 2016, the correctional defendants shall show cause why this motion should not be GRANTED. In filing a response to this order, the correctional defendants shall address the arguments set forth by the plaintiff and shall include copies of any relevant documents and an affidavit from the business manager at Staton Correctional Facility.

2. As of the date of this order and unless otherwise ordered, correctional personnel shall *not* collect from the plaintiff or deduct from his inmate account any funds for purposes of payment of the filing fee attendant to this case.

The Clerk is DIRECTED to provide a copy of this order to the inmate account clerk and business manager at the Staton Correctional Facility. The Clerk is further DIRECTED to not accept any payments from correctional officials with respect to payment of the filing fee associated with this case until a decision is reached on his motion requesting refund.

DONE this 4th day of May, 2016.

       /s/ Terry F. Moorer
       UNITED STATES MAGISTRATE JUDGE